MIAMI BEACH RAILWAY COMPANY, a Florida corporation, *Plaintiff in Error*, VS. PEARL PERKINS, by her son and next friend, C. C. WILLIAMS, *Defendant in Error.*

143 So. 297.

En Banc.

Decision filed August 10, 1932.

Petition for rehearing denied August 31, 1932.

*Frank Smathers*, of Miami, for Plaintiff in Error;
*Penney & Sumner*, of Miami, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein and briefs and argument of counsel for the respective parties, and the record having been seen

and inspected, the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in said judgment. It is therefore considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.